For former reports, see 9 N. Y. Supp. 207; 11 N. Y. Supp. 941, *mem.; 14* N. Y. Supp. 97.

Argued before VAN BRUNT, P. J., and O'BRIEN and INGRAHAM, JJ.

*Davies & Rapallo, (E. C. James,* of counsel,) for appellants. *Burrill, Zabriskie & Burrill, (J. E. Burrill* and *G. Zabriskie,* of counsel,) for respondent.

PER CURIAM. Upon examining the brief of the counsel for the appellants in this case we do not find any questions of law raised which have not been previously considered and disposed of by this court, and therefore it is not necessary to reconsider them upon this appeal. Upon the questions of fact involved, it does not appear that the learned judge below has committed any errors which would justify this court in reversing the judgment. The judgment should therefore be affirmed, with costs.

---

AMERICAN NATIONAL BANK OF PROVIDENCE *v.* GRACE.

*(Supreme Court, General Term, First Department.* May 13, 1892.)

Action by American National Bank of Providence against William R. Grace. No opinion. Motion denied. See 18 N. Y. Supp. 745.

---

*In re* BOARD OF STREET OPENING & IMPROVEMENT OF CITY OF NEW YORK.

*In re* FOREST AVE.

*(Supreme Court, General Term, First Department.* May 13, 1892.)

Application of the board of street opening and improvement of the city of New York, on behalf of the mayor, aldermen, and commonalty, relative to acquiring title to Forest avenue.

No opinion. Motion for reargument denied. See 18 N. Y. Supp. 727.

---

BUNN, Respondent, *v.* LETT, Appellant.

*(Supreme Court, General Term, First Department.* May 13, 1892.)

Action by Charles H. Bunn against Margaret M. Lett. No opinion. Motion denied.

---

LANE *et al. v.* MOSS *et al.*

*(Supreme Court, General Term, First Department.* May 13, 1892.)

Action by Florence M. Lane and others against Franklin Moss and others. No opinion. Motion denied. See 18 N. Y. Supp. 605.

---

ROOSEVELT HOSPITAL, Respondent, *v.* NEW YORK EL. R. CO. *et al.,* Appellants.

*(Supreme Court, General Term, First Department.* May 13, 1892.)

Appeal from special term, New York county.

Action by the Roosevelt Hospital against the New York Elevated Railroad Company and the Manhattan Railway Company to enjoin defendants from maintaining or using an elevated railroad structure in front of or adjacent to plaintiff's premises, No. 243 Bowery, in the city of New York, and to require them to remove the same, until they shall have made proper and adequate compensation for the property and interests in the street on which plaintiff's premises abut, and in which defendant's structure is erected, and for the easements